UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-10210 JAK (CWx) | Date | September 5, 2012 |
|---|---|---|---|
| Title | Jason Garrison v. Medtronic, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 4, 2012, Defendant filed "Notice of Settlement" (Dkt. 64). The Court sets an Order to Show Cause re Dismissal for October 22, 2012 at 1:30 p.m. If the parties file a dismissal by October 18, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 10, 2012 Post Mediation Status Conference, May 20, 2013 Final Pretrial Conference, June 7, 2013 Exhibit Conference, and June 11, 2013 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |